IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
JON B. CARROLL,               )
                              )
    Plaintiff,                )
                              )    CIVIL ACTION NO.
    v.                        )    1:16cv229-MHT
                              )         (WO)
JOHN WHITE, et al.,           )
                              )
    Defendants.               )
```

### JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 25) is adopted.

(2) This lawsuit is dismissed without prejudice and with no costs taxed.

(3) The motion to intervene (doc. no. 15) is denied as moot.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 14th day of December, 2016.

                                            /s/ Myron H. Thompson  
                                        **UNITED STATES DISTRICT JUDGE**